# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:22-cv-00021-MR

| | |
|---|---|
| DAVID GORDON OPPENHEIMER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROWENA P. PATTON and PATTON )<br>PROPERTY GROUP, LLC, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On July 25, 2023, the parties' mediator advised the Court that this matter had been completely settled. The Clerk entered a Case Settlement Notice advising the parties to file a stipulation of dismissal within thirty (30) days. [See Case Settlement Notice entered July 26, 2023]. To date, however, no such stipulation has been filed.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within seven (7) days of the entry of this Order. Failure to file a stipulation within the time required will result in the dismissal of this action without further Order.

**IT IS SO ORDERED.**

Signed: September 8, 2023

Martin Reidinger
Chief United States District Judge